PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Criminal Action No. 1:95CR00016-003 (SLR) |
| | ) |
| Douglas Fred Williamson, | ) |
| | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW Nancy A. Klingler Probation Officer of the Court presenting an official report upon the conduct and attitude of Douglas Fred Williamson, who was placed on supervision by the Honorable Sue L. Robinson sitting in the court at Wilmington, Delaware on the 8th day of September, 1995, who fixed the period of supervision at three years, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall participate in a program approved by the U.S. Probation Office for substance abuse, which may include urinalysis to determine if the defendant has reverted to the use of drugs or alcohol.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ...the issuance of an arrest warrant so that Douglas Fred Williamson may be brought before the Court for a hearing to determine if he has violated the terms and conditions of supervised release.

| ORDER OF COURT | I declare under penalty of perjury the foregoing is true and correct. |
|---|---|
| So ordered this 20th day of June 2007. | |
| _____ | _____ |
| Chief U. S. District Judge | U.S. Probation Officer |
| | Executed on  June 13, 2007 |
| | Place  Dover, Delaware |

**Mandatory Conditions**: The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance.

**Standard Condition #7**: The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician

**Evidence**: On May 22, 2007, the defendant tested positive for the use of cocaine. This test was confirmed by Kroll Laboratories. On June 11, 2007, the defendant tested positive for the use of cocaine. Confirmation of this test is pending.

On June 6, 2007, the defendant verbally admitted that he aided and abetted his cousin in the distribution of cocaine. Mr. Williamson told the probation officer that he handled cocaine powder during the cooking process in which cocaine is transformed into "crack" cocaine. The defendant voluntarily signed a written statement to that effect on June 11, 2007. Also on June 11, 2007, the defendant verbally admitted that he had cooked cocaine on three or four occasions since his release from custody, and that he most recently engaged in that activity during the weekend of June 8 and 9, 2007.