IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. A. No. 95-16-SLR |
| : | |
| DOUGLAS FRED WILLIAMSON : | |

### SUBSTITUTION OF COUNSEL

Please withdraw the appearance of United States Attorney Colm F. Connolly and enter the appearance of Assistant United States Attorney Ilana H. Eisenstein as counsel of record for the government in the above-captioned case. Please be advised that Colm F. Connolly no longer has responsibility for this case and all notices of action taken in connection with this matter should be directed to Assistant United States Attorney Ilana H. Eistenstein.

                                                   Respectfully submitted,

                                                   COLM F. CONNOLLY
                                                   United States Attorney

                          By:     /s/Ilana H. Eisenstein
                                  Ilana H. Eisenstein
                                  Assistant United States Attorney

Dated: June 22, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Cr. A. No. 95-16-SLR |
| : | |
| DOUGLAS FRED WILLIAMSON : | |

## CERTIFICATE OF SERVICE

I, Jennifer Brown, an employee in the Office of the United States Attorney, hereby certify under penalty of perjury that on June 22, 2007, I electronically filed:

## SUBSTITUTION OF COUNSEL

with the Clerk of Court using CM/ECF. Two (2) copies of said document have been delivered by U.S. Mail to defendant at the following address:

Douglas Fred Williamson
03663-015
FCI Fairton
P.O. Box 420
Fairton, NJ 08320

                                                   /s/ Jennifer Brown
                                                   Jennifer Brown