AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

UNITED STATES OF AMERICA

V.

DOUGLAS FRED WILLIAMSON

**WARRANT FOR ARREST**

Case Number: 95-CR-016-003-SLR

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   DOUGLAS FRED WILLIAMSON
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☒ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

Violations of Conditions of Supervised Release

in violation of Title _____ United States Code, Section(s) _____

**PETER T. DALLEO**
Name of Issuing Officer

BY: Francesca Passone, Deputy Clerk
Signature of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

6/20/07   at Wilmington, Delaware
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Douglas Fred Williamson

| DATE RECEIVED 6/20/07 | NAME AND TITLE OF ARRESTING OFFICER Toby Conrad DUSM | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 8/9/07 | | |

AO 442    (Rev. 12/85) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____