UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA, )
)
       Plaintiff, )
)
)   CASE NO. 95-16-3 SLR
vs. )
)
**Douglas Fred Williamson,** )
)
       Defendant. )

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **10TH** day of **AUGUST, 2007,**

ORDERED that **Edson A. Bostic, Esq.,** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                                                           Honorable Mary Pat Thynge
                                                                           U.S. Magistrate Judge

cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
AUG 1 0 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE