# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO FRCP 32.1**

__Douglas Fred Williamson,__
Defendant

Case Number: 95-16-3 SLR

Upon motion of the **Government**, it is ORDERED that a

**Revocation Hearing** is set for ___8/23/07___ * at ___3:00 PM___
                                  Date                           Time

before __Honorable Sue L. Robinson, U.S. District Judge__
                                Name of Judicial Officer

__Ctrm. #6A, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware__
                                Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                Other Custodial Official

and produced for the hearing.

_____8/10/07_____                          _____[signature]_____
    Date                                                                         Judicial Officer

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

FILED
AUG 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE