IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. No. 95-016-3-SLR |
| ) | |
| DOUGLAS FRED WILLIAMSON, ) | |
| ) | |
| Defendant. ) | |

ORDER

At Wilmington this 16th day of August, 2007;

IT IS ORDERED that the hearing to consider revocation of supervised release is scheduled for **Thursday, August 23, 2007** at **3:00 p.m.** in courtroom 6B, on the sixth floor of the J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

_____
United States District Judge