IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Action No. 95-16-03-SLR |
| DOUGLAS FRED WILLIAMSON, | : |
| Defendant. | : |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Douglas E. McCann in place of David L. Hall and Ilana H. Eisenstein, as the attorney for the plaintiff, United States of America, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Douglas E. McCann
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
Wilmington, Delaware 19899-2046
(302) 573-6277
douglas.mccann@usdoj.gov

Dated: August 16, 2006

## CERTIFICATE OF SERVICE

  I, Douglas E. McCann, hereby certify that I caused a copy of the foregoing Notice of Substitution of Counsel and Entry of Appearance to be served this 16th day of August, 2007, by CM/ECF on the following counsel:

Edson A. Bostic, Esquire
Federal Public Defender
First Federal Plaza, Suite 110
704 King Street
Wilmington, DE 19801
302-573-6010
Email: ecf_de@msn.com


                  _____
                  Douglas E. McCann