AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ DELAWARE

U.S.A.

v.

Douglas Fred Williamson

**EXHIBIT AND WITNESS LIST**

Case Number: 95CR16-3-SLR

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Sue L. Robinson | Douglas McCann, Esq. | Luis Ortiz, Esq. |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| MRG Gov't 8/23/07 | V. Gunning | R. DiMeo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/23/07 | | ✓ | Drug Test Results-Summary (Klingler) *1 |
| 2 | | | | ✓ | Statement signed by deft. |
| 3 | | | | ✓ | Drug Test Results - Summary |
| | | | | | Witness #2 Alice W. Smith |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ 1 ___ Pages