AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## District of Delaware

UNITED STATES OF AMERICA
V.
DOUGLAS FRED WILLIAMSON

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:95-CR-016-003-SLR

USM Number: 03663-015

Luis Ortiz, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ admitted guilt to violation of condition(s) Standard Condition #7 (Grade C violation) of the term of supervision.

☒ was found in violation of condition(s) Mandatory Condition (Grade A violation) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | The defendant shall not commit another federal, state, or local crime. The defendant shall not illegally possess a controlled substance. | 06/11/2007 |
| Standard Condition #7 | The defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician. | 06/11/2007 |
|  |  |  |
|  |  |  |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: 4899

Defendant's Date of Birth: 1953

Defendant's Residence Address:

Felton, DE

Defendant's Mailing Address:

same as above

08/23/2007
Date of Imposition of Judgment

Signature of Judge

The Honorable Sue L. Robinson, U.S. District Judge-Delaware
Name and Title of Judge

8/27/07
Date

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
         Sheet 2 Imprisonment

|  |  |
|---|---|
| DEFENDANT: DOUGLAS FRED WILLIAMSON | Judgment Page 2 of 2 |
| CASE NUMBER: 1:95-CR-016-003-SLR | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

24 months and the current term of supervised release is revoked. No term of supervised release to follow.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

CERTIFIED: 9-20-07
AS A TRUE COPY
ATTEST
PETER T. DALLEO,
BY _____
Deputy Clerk

### RETURN

I have executed this judgment as follows:

Defendant delivered on 19th of SEPT, 2007 to the Metro Corr Center at 150 Park Row, NY, NY 10007 with a certified copy of this judgment.

James N. Cross, Warden
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL